# EXHIBIT B

*To Be Completed 3/21*

**RoadSafe**
TRAFFIC SYSTEMS
Life on the road

To: Brightline Construction
Attn: Mitch

| Fax: | | Pages: | 3 |
| Phone: | | Date: | 3/14/19 |
| Re: | SGB Hotel, City of Philadelphia | cc: | |

**\*CONFIDENTIALITY NOTICE\***
Information contained in the e-mail transmittal belongs to the sender. The information is intended only for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reference on the concerts of this information is strictly prohibited.

### SGB Hotel, S. 12th Street & Market Street, City of Philadelphia

**Item #0901-0001 Maintenance and Protection of Traffic:**
RoadSafe will provide the initial install and final removal of the long term traffic control signs and stands for $2,900.00. Price is based on the sign tabulation shown below. This quote is based on the traffic control items being used for a maximum of 365 consecutive calendar days specified by the GC, any material required beyond these days will be billed at an additional daily fee. Any rental or sale item required after the initial setup will be billed a $150.00 delivery fee.

**Sign Tabulation:**
2 – Road Work Ahead Signs w/ Stands
2 – Lane Shift Signs w/ Stands
2 – Symbolic Two Lane Double Reverse Curve Signs w/ Stand
2 – Symbolic Pedestrian Parking Signs w/ Down Arrow & Stands
2 – End Road Work Signs w/ Stands
1 – No Parking Sign w/ Stand
3 – Sidewalk Closed Cross here Signs w/ Stands
2 – Sidewalk Closed Signs w/ Stands

The following items may be required and are not included in the lump sum price. Items will be delivered and picked up at the contractor's yard.

Type "B" Light: $110.00 each for project duration
Type "C" Light: $55.00 each for project duration
**Vertical Panel w/o Light: $45.00 each for project duration**

**Prime Contractor/Customer is responsible for the following items:**
- Flag persons and temporary MPT for all installation, maintenance, and removal of quoted equipment
- Video of existing site
- Maintenance and protection of pedestrian, rail road traffic and river traffic
- Installation, maintenance and removal of ATON signs (if required)
- 7 business days advance notice for scheduling work to be performed by RoadSafe forces
- Prices are based on Monday through Friday 8am- 5pm work unless otherwise specified at time of bid
- Shadow Vehicle with Truck Mounted Attenuator for installing, servicing and removing MPT if required
- Any work involving permanent or temporary traffic signals including related signing, fence, pavement markings, concrete barrier or attenuators, construction lighting
- Providing a traffic control supervisor and construction service patrol vehicle
- Phase changes unless specified above

SGB Hotel, S. 12th Street & Market Street, City of Philadelphia

- R14-16-1 Over Width Vehicle Signs
- 24 hour patrol, incident management, & incident management plan if required
- Actual closure of roads and implementing detours when required
- Changing plaques on advance notice signs to (delays likely, tomorrow, follow detour, etc...)
- Lump sum price does not include a winter shut down / spring reset. If required it will be billed accordingly
- Resetting downed signs due to wind or other
- Maintaining (keeping in an orderly fashion) and cleaning channelizers, type III's and signs in work zone
- Removal of debris, snow, vegetation, etc. from on and around MPT signs and devices
- Covering, uncovering, removing and or replacing existing signs (including overheads)
- Covering, uncovering and or turning of work zone and detour signs during construction
- Advanced notice to affected individuals, agencies and companies
- A signed equipment requisition form must be submitted to RoadSafe to obtain any additional equipment requested. Additional equipment will not be delivered without signed authorization of payment.
- Email confirmation to order and cancel equipment...Verbal requests will not be acknowledged
- Long term channelizers, lights, and signs for conditions not shown on the MPT drawings
- Approved /Stamped drawings must be provided 10 days in advance of installation of equipment or additional fees may apply
- Pull tests for temporary barrier and temporary attenuators (if required by Penn DOT)
- Bolt through installation of structure mount temporary barrier if epoxy anchors are not permitted. Anchors will be provided.
- Cost to repair damaged temporary attenuators/wall (if not paid by Penn DOT on a force account basis)
- Repair of damage to the roadway caused by anchors, barrier or attenuators if required
- Providing power to and charging temporary signals, changeable message signs, arrow panels, speed trailers to maintain a 12.3 voltage or higher as required
- Building or excavating platforms to place temporary traffic signals if required
- Providing equipment to position traffic signals if required
- Scheduling PENN Dot signal inspectors for signal activation
- This quote is only valid and capable of acceptance if all debts or amounts owed to RoadSafe are current at the time of bid
- Certificate of Insurance naming RoadSafe as Loss Payee for MOT equipment valued $500.00 or more.
- Certificate of Insurance naming RoadSafe as an Additional Insured with respect to General Liability.
- Certificate of Insurance shall be received by RoadSafe prior to any rental.
- Customer is responsible for full repair or replacement value of damaged or lost equipment despite customer's equipment policy valuation
- Cost of bonding and additional insurance (if required)
- Pilot Car w/ appropriate signing

**MPT Items available for sale, plus sales tax:**

| Item | Price |
|---|---|
| 36" Standard Roll-Up Sign Kit | $225.00 per |
| Windmaster Sign Stand | $145.00 per |
| Rigid Signs | $10.00 per square foot |
| 28" 10lb Trimline Reflective Cone | $17.50 per   (225+ $17.00 per) |
| 24" Stop/Slow Paddle | $85.00 per |
| Class II Reflective Vest | $10.00 per |
| 4'x100' Orange Fence | $30.00 per roll |
| 6' Green T-Post | $7.50 per |
| Temp Chip Seal Markers | $400.00 per box of (500) |

35% of the lump sum to be included in the first estimate for mobilization, the balance to be billed in equal estimate amounts. Sale items and duration rental items will be billed at the time of delivery. No retention will be withheld. Prices are good up 30 days from date of bid letting. Invoices are to be paid within 30 days of the invoice date.

We reserve the right to revise pricing in the event that the entire quoted package is not awarded to RoadSafe.

Page 2

SGB Hotel, S. 12th Street & Market Street, City of Philadelphia

This quote is to become a physical part of the subcontract. Please include a signed and dated copy of this quote with the subcontract.

Respectfully,

*Gordon E. Watters, Jr.*

G. E. "Rusty" Watters, Jr.
gwatters@roadsafetraffic.com

Accepted By: _Mitchell Jr_  Date: 3/15/19
Print: _Mitchell Zaiss_

Project Contact:
Brad Silvi
Service Manager
York, PA
412-735-9528
bsilvi@roadsafetraffic.com

Project Contact:
Joe Pietrobone
Branch Manager
York, PA
724-321-2286
jpietrobone@roadsafetraffic.com

Page 3